## Strasser *v.* Strasser, Appellant.

Argued November 14, 1972. *Edward F. Peduzzi,* with him *Myers, Taylor & Peduzzi,* for appellant; *G. Harry Isaacson,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.